**RECEIVED**
IN ALEXANDRIA, LA.

JAN 3 1 2013

TONY R. MOORE, CLERK 
BY_____
                DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| DR. REYMOND MEADAA, | * | |
| DR. HARRY HAWTHORNE, | * | **CIVIL ACTION NO. 09-1211** |
| DR. JOSE MATHEW, DR. DINESH | * | |
| SHAW, DR. NAVTEJ RANGI, | * | |
| NAJA HOLDINGS, LLC, and | * | **JUDGE DRELL** |
| HULENCI, LLC | * | |
| Plaintiffs, | * | |
| v. | * | **MAG. JUDGE KIRK** |
| | * | |
| K.A.P. ENTERPRISES, L.L.C., | * | |
| ARUN K. KARSAN, VERSHA | * | |
| PATEL KARSAN, AND SAINATH, L.L.C. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT OF GARNISHMENT

Considering the *Ex Parte* Motion for Entry of Garnishment Judgment, the Interrogatories propounded to Garnishee, Rapides Regional Physician Group Specialty Care, LLC ("Rapides"), and the Answers filed by Rapides:

IT IS ORDERED, ADJUDGED AND DECREED that Rapides be ordered to withhold and pay to the United States Marshal, who shall, in turn, pay to Plaintiffs, for credit on the Writ of *Fieri Facias* the lesser of the following:

1.     Twenty-five (25)% of the disposable earnings of Arun Karsan, as defined by LOUISIANA REVISED STATUTE § 13:3881; or

2.     The amount by which Arun Karsan's disposable earnings exceed the sum of 30 times the minimum hourly wage per week.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Rapides be served with a copy of this Judgment in accordance with the law, and that this writ of garnishment be

maintained and continued in full force and effect so long as Arun Karsan is in the employment of Rapides, or until the amount of the December 20, 2011, Judgment in favor of Plaintiffs shall have been paid and satisfied, without being interfered with or prejudiced in any manner by any subsequent writ or writs of garnishment judgments or wage assignments which may be levied against Arun Karsan, except as may be provided by LOUISIANA REVISED STATUTE § 13:3928. Should Arun Karsan leave the employ of Rapides and subsequently return to work for Rapides within 180 days, then, and in that event, Rapides is to resume making the deductions set forth above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Rapides may deduct, from the non-exempt portion of Arun Karsan's income, a processing fee of $3.00 for each pay period this Garnishment Judgment is in effect.

JUDGMENT RENDERED AND SIGNED, this 31st day of January, 2013, at Alexandria, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 1-31-13
BY: nu m
TO: Financial