RECEIVED
APR 23 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DR. REYMOND MEADAA, et al. | * | CIVIL ACTION NO. 09-1211 |
| Plaintiffs, | * | |
| | * | JUDGE DRELL |
| v. | * | |
| | * | MAG. JUDGE KIRK |
| K.A.P. ENTERPRISES, L.L.C., | * | |
| ARUN K. KARSAN, VERSHA | * | |
| PATEL KARSAN, AND SAINATH, L.L.C. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [JOINTLY PROPOSED] JUDGMENT

Considering the Joint Motion and Incorporated Memorandum in Support of Attorneys' Fees Award (the "Joint Motion"), and finding, accepting and adopting the statements of fact and evidence contained therein as its own pursuant to Fed. R. Civ. P. 52(a), the Court determines that the negotiated attorneys' fees award agreed to by the parties is fair and reasonable under the facts and circumstances of this case, and hereby GRANTS the Joint Motion.

Accordingly, the Court hereby renders Judgment in Plaintiffs' favor, and against Arun K. Karsan and Versha Patel Karsan, individually, jointly, and in solido, in the amount of $397,600.00, such amount representing an award of reasonable attorneys' fees recoverable on the bases of the Court's prior Rulings and Judgments, reserving to the Karsans their right to appeal the Court's underlying Rulings and Judgments entitling Plaintiffs to an award of attorneys' fees under La. Rev. Stat. § 51:714(A), and further reserving to Plaintiffs their right to seek all attorneys' fees incurred in this matter, including fees in excess of the foregoing

negotiated sum, should the Court of Appeals reverse this Court's decision(s) and/or remand this case for further proceedings.

Signed on this 23rd day of April, 2015 at Alexandria, Louisiana.

                              DEE D. DRELL, CHIEF JUDGE
                              UNITED STATES DISTRICT JUDGE